UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | )
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) **JUDGMENT** |
| | ) |
| | ) No. 5:15-HC-2292-FL |
| | ) |
| EDGAR JOE SEARCY, | ) |
| | ) |
| Respondent. | ) |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration after the court held a bench trial.

**IT IS ORDERED, ADJUDGED AND DECREED** that the court finds by clear and convincing evidence that Respondent Edgar Joe Searcy is a sexually dangerous person under the Adam Walsh Act and that he shall be committed to the custody and care of the Attorney General pursuant to 18 U.S.C. § 4248 until such time that he is no longer a sexually dangerous person.

**This Judgment Filed and Entered on June 16, 2016, with service on:**

Christopher M. Anderson; Michael James; G. Norman Acker, III; Leza Lee Driscoll (via CM/ECF Notice of Electronic Filing)
Record Center, FCI Butner Medium, P.O. Box 1000, Butner, NC 27509 (via U.S. Mail)
Edgar Joe Searcy, Butner Medium I - F.C.I., PO Box 1000, Butner, NC 27509 (via U.S. Mail)

| | |
|---|---|
| June 16, 2016 | JULIE RICHARDS JOHNSTON, CLERK |
| | /s/ Christa N. Baker |
| | (By) Christa N. Baker, Deputy Clerk |